## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ARIAN O'CONNER,                           :    No. 55 MM 2019
                                          :
                    Petitioner            :
                                          :
                                          :
                                          :
            v.                            :
                                          :
                                          :
                                          :
JOHN A. VASKOV, ESQUIRE, DEPUTY           :
PROTHONOTARY OF THE SUPREME               :
COURT OF PENNSYLVANIA IN HIS              :
OFFICIAL CAPACITY,                        :
                                          :
                    Respondent            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of August, 2019, the Application for Leave to File Original

Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.